UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                     Case No. 06-CR-239

VIRGINIA ANN MILLER,

        Defendant.

## ORDER

Defendant Virginia Ann Miller plead guilty to mail fraud regarding her social security checks contrary to 18 U.S.C. § 1341 on February 8, 2007. On May 25, 2007, she was sentenced to two years of probation and required to serve 120 days of home confinement with various conditions, including electronic monitoring, substance abuse treatment and testing at the discretion of her agent, and refrain from alcohol during the period of her supervision. She was also ordered to pay restitution of $2,950.79. Ms. Miller has now complied with the conditions of her probation and has met the financial obligations. The U.S. Attorney favors her motion to now terminate her probation, and her probation agent does not object.

Based upon the foregoing, **IT IS HEREBY ORDERED** that Defendant's motion for termination of her probation is **GRANTED**.

Dated this   20th   day of November, 2008.

                                                  s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge